IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCUS JAMES SMITH,** | NO. CIV S-04-1442 DFL GGH P |
| Petitioner, | **ORDER DENYING REQUEST TO FILE SUPPLEMENTAL ANSWER** |
| v. | |
| **CLAUDE E. FINN, Warden,** | |
| Respondents. | |

Respondents seek leave to file a supplemental answer to the petition for writ of habeas corpus. This matter has been submitted since October 28, 2004. The undersigned does not need the parties to brief the question of whether or not the court has subject matter jurisdiction based on the recent decisions of <u>In re: Dannenberg</u>, 34 Cal. 4th 1061, 23 Cal. Rptr.3d 417 (2005), and <u>Sass v. California Bd. of Prison Terms</u>, No. Civ. S-01-0835 MCE KJM P, ___ F. Supp. 2d ___ [2005 WL 1406100] (E.D. Cal. June 15, 2005). It is sufficient that this court takes judicial notice of these cases. Accordingly, respondents' request to file a supplemental answer to the petition for writ of habeas corpus is denied.

DATED: 8/11/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
Magistrate Judge

smit1442.po.wpd

1